BRENDA H. ENTZMINGER
Nevada Bar No. 9800
DANIELA LABOUNTY
Nevada Bar No. 13169
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THERESA SMITH,<br><br>　　　　　　Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.; ROE CORPORATIONS I - X, inclusive, and JOHN DOES I-X, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:13-cv-01597-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

1  party's own costs and attorney's fees.

2  DATED this 5 day of MARCH, 2015.       DATED this 5th day of March, 2015.

3  **POTTER LAW OFFICES**                  **PHILLIPS, SPALLAS & ANGSTADT**

4  _____ #13225 FOR:         _____

5  Cal J. Potter, III, Esq.                Daniela LaBounty, Esq.
   1125 Shadow Lane                        504 South Ninth Street
6  Las Vegas, Nevada 89102                 Las Vegas, Nevada 89101
   *Attorneys for Plaintiff*               *Attorneys for Defendant*
7  *Theresa Smith*                         *Wal-Mart Stores, Inc.*

8

9

10                                **ORDER**

11     PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

12  it is hereby:

13

14     ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

15  with prejudice, each party to bear that party's own costs and attorney's fees.

16     DATED this ____ day of _____, 2015.

17

18                                   _____

19                                   **UNITED STATES DISTRICT JUDGE**