BRENDA H. ENTZMINGER
Nevada Bar No. 9800
DANIELA LABOUNTY
Nevada Bar No. 13169
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THERESA SMITH,<br><br>            Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.; ROE CORPORATIONS I - X, inclusive, and JOHN DOES I-X, inclusive,<br><br>            Defendants. | Case No.:  2:13-cv-01597-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//

//

//

//

//

//

//

//

- 1 -

party's own costs and attorney's fees.

DATED this 5 day of MARCH, 2015.          DATED this 5th day of March, 2015.

**POTTER LAW OFFICES**                    **PHILLIPS, SPALLAS & ANGSTADT**

_____                 _____
Cal J. Potter, III, Esq.                  Daniela LaBounty, Esq.
1125 Shadow Lane                          504 South Ninth Street
Las Vegas, Nevada 89102                   Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                 *Attorneys for Defendant*
*Theresa Smith*                           *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 11th day of March, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge